## Commonwealth *v.* Battisti, Appellant.

Argued December 7, 1973. *Thomas E. Sterling*, for appellant; *John Woodcock, Jr.*, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.